# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STACEY EUGENE JOHNSON**  PETITIONER

v.  No. 4:06-mc-17-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction***  RESPONDENT

## ORDER

Motion, *Doc. 6*, granted. The Office of the Federal Public Defender of the District of Arizona, Capital Habeas Unit, is substituted as counsel for Johnson pursuant to 18 U.S.C. § 3599(a)(2). One or more lawyers from that unit must enter an appearance by 22 April 2020. Jeff Rosenzweig and Gerald Coleman are relieved as counsel.

So Ordered.

*D. P. Marshall Jr.*
United States District Judge

10 April 2020

---

* Dexter Payne is the current director of the Arkansas Division of Correction. The Court directs the Clerk to update the docket.